| PROB 22. (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:02CR01503-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Ricardo Juarez | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Laredo |
|---|---|---|
| | NAME OF SENTENCING JUDGE Filemon B. Vela | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/04/2006  TO 12/03/2011 |

*[RECEIVED stamp: MAR 31 2008 U.S. PROBATION OFFICE CHICAGO]*

**OFFENSE**

Possess with Intent to Distribute a Quantity in Excess of 5 Kilograms of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS/LAREDO DIVISION

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

March 14, 2008
*Date*

*[signature]*
Micaela Alvarez
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/CHICAGO DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

APR 1 1 2008
*Effective Date*

*[signature]* James F. Holderman
United States District Judge

**FILED**
4-14-08
APR 1 4 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 CR 317**

JUDGE KENNELLY

MAGISTRATE JUDGE MASON