

F I L E D

MAY 0 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1300 Victoria, Ste., 1131
Laredo, Texas 78040

**08CR317**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE MASON**

United States District Court
2046 Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

April 24, 2008

Re: **RICARDO JUAREZ**
5:02-CR-1503-001
Laredo Division

## TRANSFER OF JURISDICTION

Dear Clerk,

Enclosed for probation transfer are certified copies of the following:

INDICTMENT
JUDGMENT
TRANSFER OF JURISDICTION
FINANCIAL STATEMENT
DOCKET SHEET

Please complete the receipt below and return the copy of this letter.

Very truly yours,

MICHAEL N. MILBY, CLERK

By: _____
Norma Ortiz, Deputy Clerk

Received and filed under Docket No._____ on _____, 2008.

CLERK, U. S. DISTRICT COURT, By:_____

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:02-cr-01503 All Defendants
### Internal Use Only

Case title: USA v. Juarez  
Magistrate judge case number: 5:02-mj-03823

Date Filed: 11/05/2002  
Date Terminated: 02/10/2003

Assigned to: Judge Filemon B. Vela

**Defendant**

**Ricardo Juarez** (1)  
*TERMINATED: 02/10/2003*

represented by **Federal Public Defender**  
P. O. Box 1562  
Laredo, TX 78042-1562  
Fax: INS_lfpd  
*TERMINATED: 02/10/2003*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Public Defender or Community Defender Appointment

**Isidro R Alaniz**  
Attorney at Law  
1419 Santa Maria Ave  
PO Box 521  
Laredo, TX 78042-0521  
956-795-1699  
Fax: 956-795-1169  
Email: iralaniz@aol.com  
*TERMINATED: 02/10/2003*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Retained

**Pending Counts**

Ct.1: 21:841A=NP.F Possess with intent to distribute approx 12 lbs gross weight of cocaine. Penalty: 10 yrs to Life and/or $4 Million, $100 CVF, 5 yrs MAX TSR.  
(1)

**Highest Offense Level (Opening)**

**Disposition**

SENTENCE: 57 mos to serve, 5 yrs TSR, no fine, $100 CVF, deft remanded to the custody of the US Marshal, court advised deft of his right to appeal

TRUE COPY, I CERTIFY  
ATTEST:  
Michael N. Milby, Clerk

_____  
Deputy Clerk

Felony

**Terminated Counts**　　　　　　　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**　　　　　　　　　　　　　　　　**Disposition**

None

**Plaintiff**

USA　　　　　　　　　　represented by　**Financial Litigation**
　　　　　　　　　　　　　　　　　　　　U S Attorney's Office
　　　　　　　　　　　　　　　　　　　　Southern District of Texas
　　　　　　　　　　　　　　　　　　　　P O Box 61129
　　　　　　　　　　　　　　　　　　　　Houston, TX 77208
　　　　　　　　　　　　　　　　　　　　713-567-9000
　　　　　　　　　　　　　　　　　　　　Fax: 713-718-3391 fax
　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　*Designation: Retained*

　　　　　　　　　　　　　　　　　　　　**US Pretrial Svcs-La**
　　　　　　　　　　　　　　　　　　　　PO Box 1460
　　　　　　　　　　　　　　　　　　　　Laredo, TX 78042-1460
　　　　　　　　　　　　　　　　　　　　956-794-1030 fax
　　　　　　　　　　　　　　　　　　　　Fax: 956-790-1743
　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　*Designation: Retained*

　　　　　　　　　　　　　　　　　　　　**US Probation - L**
　　　　　　　　　　　　　　　　　　　　1300 Victoria, Ste 2111
　　　　　　　　　　　　　　　　　　　　Laredo, TX 78040
　　　　　　　　　　　　　　　　　　　　956-726-2915 fax
　　　　　　　　　　　　　　　　　　　　Fax: 956-726-2915 fax
　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　*Designation: Retained*

　　　　　　　　　　　　　　　　　　　　**Indalecio Andy R Guardiola**
　　　　　　　　　　　　　　　　　　　　US Atty's Off
　　　　　　　　　　　　　　　　　　　　PO Box 1179
　　　　　　　　　　　　　　　　　　　　Laredo, TX 78042-1179
　　　　　　　　　　　　　　　　　　　　956-723-6523

Fax: 956-726-2266 fax
Email: andy.guardiola@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2002 | | ARREST of Ricardo Juarez (DOB: 04/18/78) [ 5:02-m -3823 ] (nortiz) (Entered: 10/17/2002) |
| 10/17/2002 | | COMPLAINT as to Ricardo Juarez , filed. [ 5:02-m -3823 ] (nortiz) (Entered: 10/17/2002) |
| 10/17/2002 | | AO 257 Information Sheet as to Ricardo Juarez , filed. [ 5:02-m -3823 ] (nortiz) (Entered: 10/17/2002) |
| 10/17/2002 | | Initial appearance as to Ricardo Juarez held before Magistrate Judge Marcel C. Notzon; Deft. requested Atty.; FPD, apptd.; Bond set at $300,000. c/s; Deft. remanded to custody ;Preliminary Examination set for 11:00 10/24/02 for Ricardo Juarez Ct Reporter: J. Tovar; Tape Number: ERO; Interpreter: D. Gonzalez (not used); App: M Carter, PTSO; R Jones, AUSA; G Perez, Customs (Defendant informed of rights.) , filed. [ 5:02-m -3823 ] (nortiz) (Entered: 10/17/2002) |
| 10/17/2002 | | CJA 23 FINANCIAL AFFIDAVIT by Ricardo Juarez , filed. [ 5:02-m -3823 ] (nortiz) (Entered: 10/17/2002) |
| 10/17/2002 | | ORDER Appointing Federal Public Defender for Ricardo Juarez . Attorney Federal Public Defender added. ( Appointed by Magistrate Judge Marcel C. Notzon ), entered. [ 5:02-m -3823 ] (nortiz) (Entered: 10/17/2002) |
| 10/17/2002 | | Waiver of Preliminary Examination or Hearing by Ricardo Juarez , filed. [ 5:02-m -3823 ] (nortiz) (Entered: 10/17/2002) |
| 10/28/2002 | | MOTION by Ricardo Juarez to substitute attorney Isidro Alaniz in place of FPD , filed. [ 5:02-m -3823 ] (nortiz) (Entered: 10/30/2002) |
| 10/29/2002 | | ORDER granting [0-1] motion to substitute attorney Isidro Alaniz in place of FPD terminated attorney Federal Public Defender for Ricardo Juarez Added Isidro R Alaniz as to Ricardo Juarez (1) ( Signed by Magistrate Judge Marcel C. Notzon ), entered. Parties ntfd. [ 5:02-m -3823 ] (nortiz) Modified on 10/30/2002 (Entered: 10/30/2002) |
| 11/01/2002 | | MOTION by Ricardo Juarez to Reduce Bond , filed. (bmendoza) (Entered: 11/15/2002) |
| 11/05/2002 | 1 | INDICTMENT as to Ricardo Juarez (1) count(s) 1 ,filed. (bmendoza) (Entered: 11/09/2002) |
| 11/05/2002 | | (Court only) **Added Government Attorney Indalecio R Guardiola (bmendoza) (Entered: 11/09/2002) |
| 11/05/2002 | | (Court only) **Added Pretrial Services, Financial Litigation Unit and |

|  |  |  |
|---|---|---|
|  |  | Probation (bmendoza) (Entered: 11/09/2002) |
| 11/07/2002 | 2 | NOTICE of Setting : set Arraignment for 9:00 11/14/02 for Ricardo Juarez before Magistrate Judge Adriana Arce-Flores , filed. Parties ntfd. (bmendoza) (Entered: 11/09/2002) |
| 11/12/2002 | 3 | ORDER denying deft's[0-1] motion to Reduce Bond as to Ricardo Juarez (1), ( Signed by Magistrate Judge Adriana Arce-Flores ), entered. Parties ntfd. (bmendoza) (Entered: 11/15/2002) |
| 11/12/2002 | 4 | U. S. PRETRIAL SERVICES AGENCY MEMORANDUM as to Ricardo Juarez ( Signed by Magistrate Judge Adriana Arce-Flores ), entered. Parties ntfd. Court does concur with pretrial recommendation. Pretrial Services opposes any modification of the deft's bond based on the following: 1. The deft if convicted could be possibly facing a significant term of incarceration, 2. the deft's prior criminal record, 3. The deft's admission of being member of a Chicago street gang. (bmendoza) (Entered: 11/15/2002) |
| 11/14/2002 | 5 | Arraignment held before Magistrate Judge Adriana Arce-Flores Ct Reporter: S.Medellin/ERO Interpreter: A.Adriano App: M.Neurock F/Govt, Isidro Alaniz F/Deft , filed., Plea of Not Guilty: , Ricardo Juarez (1) count(s) 1 Deft first appearance w/counsel, deft enters a plea of not guilty, MD 11/25/02, FPTC 12/12/02, J.S. 12/13/02, deft remanded to the custody of the US Marshal. (bmendoza) (Entered: 11/18/2002) |
| 11/14/2002 | 6 | SCHEDULING ORDER setting Motion Filing deadline on 10:00 11/25/02 for Ricardo Juarez ; Pretrial Conference for 1:30 12/12/02 ; Jury Selection for 1:30 12/13/02 : before Judge Filemon B. Vela , entered. Parties ntfd. (bmendoza) (Entered: 11/18/2002) |
| 11/18/2002 | 7 | U. S. PRETRIAL SERVICES AGENCY MEMORANDUM as to Ricardo Juarez ( Signed by Judge Filemon B. Vela ), entered. Parties ntfd. Court does not concur with pretrial recommendation. Pretrial Services recommedns the following conditions to address the deft's risk of flight and danger. 1. A $150,000.00 bons w/ a $ 10,000.00 cash deposit and the deft's parent's as co-sureties. 2. PSA supervision in chicago, Illinois. 3. Random urine drug testing and treatment if deemed necessary. 4. the deft is to be placed on an electronic monitoring device with the deft paying for the cost as determined by the Pretrial Sefvice Office in chicago. The deft will be place on home confinement where he may leave his home for court appearances, atty visits, employment, education or medical appointments only. 5. Seek and maintain gainful employment. 6. the deft must reside with his parents at 5653 South Sacramento in Chicago, Il. 7. the deft must not associate with any gang members or must not be involved in any ganag activity. 8. the deft must not possess a weapon. 9. the deft must report to the U.S. Pretrial Office in Chicago, Illinois on a weekly basis. 10. Travel restricted to Cook County, Illinois. no travel to Mexico. (bmendoza) (Entered: 11/21/2002) |
| 11/20/2002 | 8 | U. S. PRETRIAL SERVICES AGENCY MEMORANDUM response to Second Motion to reduce Bond as to Ricardo Juarez ( Signed by Judge |

| | | |
|---|---|---|
| | | Filemon B. Vela ), entered. Parties ntfd. Court does not concur with pretrial recommendation. the court does not concur, but hearing will be held upon request. (bmendoza) (Entered: 11/21/2002) |
| 11/21/2002 | 9 | MOTION by Ricardo Juarez for Detention Hearing , filed. (bmendoza) Modified on 11/21/2002 (Entered: 11/21/2002) |
| 11/21/2002 | | (Court only) **Reset last document number to 9 (bmendoza) (Entered: 11/21/2002) |
| 11/21/2002 | 10 | ORDER granting deft's[9-1] motion for Detention Hearing as to Ricardo Juarez (1), The Detention Hrg is set for 12/13/02 @ 8:30 a.m. ( Signed by Judge Filemon B. Vela ), entered. Parties ntfd. (bmendoza) (Entered: 11/22/2002) |
| 12/04/2002 | 11 | NOTICE of Setting : reset FPTC/Detention hearing for 8:30 12/10/02 for Ricardo Juarez before Judge Filemon B. Vela , filed. Parties ntfd. (bmendoza) (Entered: 12/04/2002) |
| 12/10/2002 | 12 | Re-Arraignment held before Judge Filemon B. Vela Ct Reporter: B.Holloway Interpreter: Marquez App: Guardiola F/Govt, Isidro Alaniz F/Deft , filed., Plea of Guilty: Ricardo Juarez (1) count(s) 1 (Terminated motions - ) Deft enters A plea of guilty to cnt.1, oral plea, sentencing is set for 02/17/03 @ 8:30 a.m., deft remanded to custody, sentencing is set for 02/17/03 2 8:30 a.m., atty addressed Detention hrg; exhibit 36 admitted, bond reduced to $150,000.00 cash by court, exhibits attached. (bmendoza) Modified on 12/11/2002 (Entered: 12/11/2002) |
| 12/10/2002 | 13 | ORDER for Disclosure of PSI , PSI completion by 1/14/03 for Ricardo Juarez , Sentencing set for 8:30 2/17/03 before Judge Filemon B. Vela , entered. Parties ntfd. (bmendoza) (Entered: 12/11/2002) |
| 01/24/2003 | 14 | NOTICE of Setting : reset Sentencing for 8:30 2/10/03 for Ricardo Juarez before Judge Filemon B. Vela , filed. Parties ntfd. (bmendoza) (Entered: 01/24/2003) |
| 02/05/2003 | 15 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Ricardo Juarez, W/O Objections , filed. (bmendoza) (Entered: 02/10/2003) |
| 02/05/2003 | 16 | SEALED Confidential Sentencing Recommendation regarding Ricardo Juarez to the Court, W/O Objections, filed and placed in vault. (bmendoza) (Entered: 02/10/2003) |
| 02/10/2003 | 17 | Sentencing held before Judge Filemon B. Vela Ct Reporter: B.Holloway Interpreter: none App: Guardiola F/Govt, Isidro Alaniz F/Deft Ricardo Juarez (1) count(s) 1 Ricardo Juarez (1) count(s) 1. SENTENCE: 57 mos to serve, 5 yrs TSR, no fine, $100 CVF, deft remanded to the custody of the US Marshal, court advised deft of his right to appeal , filed. US Probation Officer: Sonia Ortiz (bmendoza) (Entered: 02/11/2003) |
| 02/10/2003 | 18 | NOTICE of Non-Appeal by Ricardo Juarez , filed. (bmendoza) (Entered: 02/11/2003) |

| 02/10/2003 | | (Court only) **Case closed as to all defendants: Ricardo Juarez (bmendoza) (Entered: 02/11/2003) |
| --- | --- | --- |
| 02/24/2003 | 19 | JUDGMENT as to , Ricardo Juarez (1) count(s) 1 ( Signed by Judge Filemon B. Vela ), entered. Parties ntfd. The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the appropriate defense counsel, the AUSA, and the US Marshal. (bmendoza) (Entered: 02/27/2003) |
| 04/23/2008 | 20 | Probation Jurisdiction Transferred to the Northern District of Illinois, Chicago Division as to Ricardo Juarez, filed. Transfer of Jurisdiction form mailed with certifed copies of Indictment, Judgment, Financial Statement and Docket Sheet.(nortiz) (Entered: 04/24/2008) |

```
RUN ON 04/24/08                      FEDERAL COURT SYSTEMS                                PAGE: 1
                                   SOUTHERN DISTRICT OF TX
                                      CASE INQUIRY REPORT

CASE NO: 5:02-CR-1503-1      TITLE: USA VS RICARDO JUAREZ

   DEFENDANT #                ORDERED AMOUNT   AMOUNT PAID    BALANCE DUE        ACCOUNT    PAYMENT TYPE
 1 RICARDO JUAREZ                     100.00        100.00           0.00         504100    SPECIAL ASSESSMENT
                                      -------     --------         ------
                                      100.00        100.00           0.00


TRANSACTION  RECEIPT/   RECEIPT/   INCREASE/       TYPE OF    ACCOUNT   DEFENDANT      COMMERCIAL   OTHER
             VOUCHER    VOUCHER    (DECREASE)      TRANS-     NUMBER    PAYEE/BANK     BANKS
             NUMBER     DATE       CASE BAL        ACTION               NUMBER

RECEIVED     551954401  06/30/03       100.00      MO         504100        1                       100.00

********** CASE SUMMARY **********

TOTAL CASE BALANCE:                    100.00

BALANCE IN U.S. TREASURY:
CASE DEPOSITORY MAINT. BALANCE :                                                              0.00

BALANCE IN COMMERCIAL BANKS:
CASE DEPOSITORY MAINT. BALANCE :                                                              0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                                                        100.00


TYPE OF TRANSACTION:
AD: ADJUSTMENT-388800    AJ: ADJUSTMENT         BV: BANK VOUCHER     CH: CASH
BD: DIRECT BANK DEPOSIT  BT: BANK TRANSFER      CC: CREDIT CARD      CR: CASE REFUND
CK: CHECK                CL: COLLATERAL         CN: CONVERSION       FP: FORFEITURE
CV: CASE VOUCHER         DW: DIRECT WITHDRAWL   DV: DEBIT VOUCHER    VD: VOID
I : INTEREST             MO: MONEY ORDER        TR: TRANSFER
```

TRUE COPY, I CERTIFY
ATTEST: Michael N. Milby, Clerk
        /s/ Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 5 2002

Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CRIMINAL NO. |
| | § | |
| RICARDO JUAREZ | § | **L-02-1503** |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about October 16, 2002, in the Southern District of Texas and within the jurisdiction of the Court, **Defendant,**

**RICARDO JUAREZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involves a quantity in excess of 5 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

ANDY GUARDIOLA
Assistant United States Attorney

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk

Deputy Clerk

AO 245 United States District Court Judgment in a Criminal Case
Southern District of Texas
FILED

FEB 2 4 2003 AT

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

United States District Court
Southern District of Texas
ENTERED

FEB 2 7 2003 BM

Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA
v.
**RICARDO JUAREZ**

JUDGMENT IN A CRIMINAL CASE

(For Offenses Committed On or After November 1, 1987)

Case Number: **5:02CR01503-001**

☐ See Additional Aliases sheet.

**THE DEFENDANT:**

ISIDRO ALANIZ
Defendant's Attorney

☒ pleaded guilty to count(s)   ONE ON 12/10/02
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) | POSSESS WITH INTENT TO DISTRIBUTE A QUANTITY IN EXCESS OF 5 KILOGRAMS OF COCAINE | 10/16/02 | ONE |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:
Defendant's Date of Birth:
Defendant's USM No.:
Defendant's Residence Ad(

February 10, 2003
Date of Imposition of Judgment

_Signature of Judicial Officer_

**FILEMON B. VELA**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judicial Officer

2/24/03
Date

E-COPY  I CERTIFY
ATTEST:
Michael N. Milby, Clerk
Deputy Clerk

SMO/gf

DEFENDANT: **RICARDO JUAREZ**
CASE NUMBER: **5:02CR01503-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ 57 months. _____

The defendant was advised of the right to appeal the sentence, including the right to appeal in forma pauperis, upon proper documentation.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in the Intensive Confinement Program (boot camp), if eligible.

That the defendant be placed in a facility near Chicago, Illinois.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 pm on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: RICARDO JUAREZ
CASE NUMBER: 5:02CR01503-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  5 years.

☐ See Additional Supervised Released Terms Sheet.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

☐ See Additional Mandatory Conditions Sheet

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: **RICARDO JUAREZ**
CASE NUMBER: **5:02CR01503-001**

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 5, Part A -- Criminal Monetary Penalties

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 5, Part A -- Criminal Monetary Penalties

Judgment -- Page 5 of 6

DEFENDANT: RICARDO JUAREZ
CASE NUMBER: 5:02CR01503-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ |

☐ See Additional Terms for Criminal Monetary Penalties Sheet.

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |

☐ See Additional Restitution Payees Sheet.

| TOTALS |  | $0.00 | $0.00 |
|---|---|---|---|

☐ If applicable, restitution amount ordered pursuant to plea agreement  $_____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that

☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: RICARDO JUAREZ
CASE NUMBER: 5:02CR01503-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of $100.00 due immediately, balance due

   ☐ not later than _____, and/or
   ☒ in accordance with ☐ C, ☐ D, and/or ☒ E, below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☒ Special instructions regarding the payment of criminal monetary penalties:
   Make all payments payable to: U.S. District Clerk, P.O. Box 597, Laredo, TX 78042-0597

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
|  |  |  |

☐ See Additional Defendants Held Joint and Several sheet.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property Sheet.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

| PROB 22 (Rev. 8/97) | TRANSFER OF JURISDICTION | United States District Court Southern District of Texas FILED APR 2 3 2008 DMG Michael N. Milby, Clerk | DOCKET NUMBER *(Tran. Court)* 5:02CR01503-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Ricardo Juarez | | SOUTHERN DISTRICT OF TEXAS | DIVISION Laredo |
| | | NAME OF SENTENCING JUDGE Filemon B. Vela | |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/04/2006 TO 12/03/2011 |

[RECEIVED MAR 31 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS stamp]

Possess with Intent to Distribute a Quantity in Excess of 5 Kilograms of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS/LAREDO DIVISION</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

March 14, 2008
*Date*

*[signature]*
Micaela Alvarez
United States District Judge

A TRUE COPY-ATTEST
MICHAEL N. DOBBINS, CLERK
By: Laura Spring
DEPUTY CLERK
DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: APR 17 2008

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF ILLINOIS/CHICAGO DIVISION</u>

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

APR 1 1 2008
*Effective Date*

*[signature]* James F. Holderman
United States District Judge

FILED
4-14-08
APR 1 4 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 CR 317

JUDGE KENNELLY

MAGISTRATE JUDGE MASON